# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA

## Waycross Division

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:30 pm, Aug 17, 2020

USA,
    Plaintiff,

vs

Enio Camacho-Pineda,
    Defendant.

CASE NUMBER  CR518-13-1

## ORDER

The Judgment of this Court in the above titled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __17__ day of __August__, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA